79 F.3d 1139
 Gwendolyn Smith
v.
Philadelphia Housing Authority, Floyd Baker, Leonard
Leftwich, Dennis Glancey; Theresa Reid v. Philadelphia
Housing Authority, Sara Cruz, Jerome Bell, Claude Ross,;
Rita Lee v. Philadelphia Housing Authority, Linda Moore,
Leonard Leftwich, Claude Ross, Minnie Jenkins v.
Philadelphia Housing Authority, Anthony Holland, John
Varallo, Claude Ross; Danielle Clark v. Philadelphia Housing
Authority, Patricia Smith, Jerome Bell, Dennis Glancey; Janie
 NOS. 94-1774, 95-1016, 95-1281, 95-1282, 95-1325, 95-1326
 United States Court of Appeals,
Third Circuit.
 Jan 24, 1996
 
 1
 Appeal From: E.D.Pa., Nos. 94-cv-00147, 94-cv-06612, 94-cv-06319, 94-cv-05475, 93-cv-04890, 93-cv-05547
 
 
 2
 AFFIRMED.